UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SANDRA D. CLOOTEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CRST MALONE, INC., an Alabama corporation, and RANDY W. LAMBERTH,<br><br>        Defendants. | CIV. 21-5075-JLV<br><br>ORDER |

Pursuant to the parties' joint motion, it is

ORDERED that the motion (Docket 11) is granted.

IT IS FRUTHER ORDERED that the caption of this case is corrected as follows:

"Sandra D. Clooten, Plaintiff vs. CRST Expedited, Inc., an Iowa corporation, and Randy W. Lamberth, Defendants."

IT IS FURTHER ORDERED that the complaint and answers of the defendants (Dockets 1, 4 & 6) are amended to correctly name defendants.

Dated April 11, 2022.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE