UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA D. CLOOTEN, | * | CIV 21-5075 |
| Plaintiff, | * | |
| | * | ORDER |
| vs. | * | |
| CRST EXPEDITED, INC., an Iowa corporation; and RANDY W. LAMBERTH, | * | |
| Defendants. | * | |

The parties entered into a Stipulation for Extension of Time for Defendants to Respond to Interrogatories, Requests for Production and Requests for Admission, Doc. 13, and the Court approves that stipulation.

IT IS SO ORDERED.

Dated this 14th day of June, 2022.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

/s/ Matthew Thelen